**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GENOVEVO ALVAREZ-RONQUILLO,

       Petitioner,

v.                                                              No. CV 21-962 KG/CG
                                                                (No. CR 19-3240 KG/CG)

UNITED STATES OF AMERICA,

       Respondent.

## <u>ORDER TO ANSWER</u>

**THIS MATTER** is before the Court on Petitioner's *Motion to Vacate Convictions Under 28 U.S.C. § 2255*, (the "Motion"), (CV Doc. 1); (CR Doc. 87), filed September 29, 2021. Petitioner challenges his federal firearm convictions based on ineffective assistance of counsel. *Id.* The Court, having reviewed the allegations pursuant to Habeas Corpus Rule 4, finds the Motion is not subject to summary dismissal. The Court will therefore order the United States to respond to the Motion, (CV Doc. 1), by **November 8, 2021**.

**IT IS THEREFORE ORDERED** that the United States must **FILE** a habeas response by no later than **November 8, 2021**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **FORWARD** to the United States Attorney's Office, ATTENTION: RYAN ELLISON, a copy of Petitioner's habeas Motion, (CV Doc. 1), along with a copy of this **ORDER**.

**IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE