IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GENOVEVO ALVAREZ-RONQUILLO,

    Petitioner,

v.                                                       No. CV 21-962 KG/CG
                                                            (No. CR 19-3240 KG/CG)

UNITED STATES OF AMERICA,

    Respondent.

**ORDER GRANTING EXTENSION OF TIME**

**THIS MATTER** is before the Court on Petitioner Genovevo Alvarez-Ronquillo's *Motion for Extended Time to File Traverse Opposition to Government's Response to 28 U.S.C. 2255 Motion* (the "Motion"), (Doc. 9), filed January 13, 2022. In the Motion, Mr. Alvarez-Ronquillo explains that he "is not familiar with the civil rules and neither is he familiar with . . . law," and that he is "in constant lockdowns" at his facility. (Doc. 9 at 1). He therefore requests a sixty-day extension of time to file his reply in support of his 28 U.S.C. 2255 motion. *Id.*

Respondent has declined to submit a response, and the time for doing so has now passed. *See* D.N.M.LR-Civ. 7.4(a) ("A response must be served and filed within fourteen (14) calendar days after service of the motion."). Under Local Rule 7.1(b), "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."

**IT IS THEREFORE ORDERED** that Mr. Alvarez-Ronquillo's *Motion for Extended Time to File Traverse Opposition to Government's Response to 28 U.S.C. 2255 Motion*, (Doc. 9), shall be **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Alvarez-Ronquillo is granted until **March 22, 2022**, to file his reply.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE