# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GENOVEVO ALVAREZ-RONQUILLO,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

No. CV 21-962 KG/CG
(No. CR 19-3240 KG/CG)

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 11), filed May 23, 2022. In the PFRD, the Chief Magistrate Judge recommended that Petitioner Genovevo Alvarez-Ronquillo's *Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody*, (CV Doc. 1), be denied and that the case be dismissed with prejudice. (Doc. 11 at 22). The Chief Magistrate Judge also recommended that the Court decline to conduct an evidentiary hearing in this matter, or issue a certificate of appealability. *Id.* at 23. The parties were notified that written objections to the PFRD were due within fourteen days. *Id.* No objections have been filed and the deadline has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Petitioner's *Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody*, (CV Doc. 1), is **DENIED** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

**IT IS SO ORDERED.**

                                                                     UNITED STATES DISTRICT JUDGE